```
 1  Michael Edmund Burke
    Attorney at Law
 2  CSB #98925
    105 West F Street, 4th Floor
 3  San Diego, CA 92101
    Telephone:(619) 234-2503
 4
 5  Attorneys for Defendant, MARIO DIAZ-RAMIREZ
 6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO DIAZ-RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No.: 08-CR-1264-JAH <br><br> SENTENCING: <br><br> Date: 08/11/2008 <br> Time: 10:30 a.m. <br><br> **EX PARTE MOTION** <br> **FOR AN ORDER** <br> **SHORTENING TIME** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      SHIREEN M. BECKER, ASSISTANT UNITED STATES ATTORNEY:

Defendant, MARIO DIAZ-RAMIREZ, by and through counsel, Michael Edmund Burke, hereby petitions this Court for an Order Shortening Time to file the "Request for Departures." This motion is being brought because counsel completed preparation of the departures prior to the deadline, but is not able to efile due to a technical "glitch" with the USDC website. Therefore, the above referenced documents will be e-filed one (1) day after the due date.

          Respectfully submitted,

          s/Michael Edmund Burke

Dated: July 29, 2008          _____
          Michael Edmund Burke,
          Attorney for Defendant,
          MARIO DIAZ-RAMIREZ

## **CERTIFICATE OF SERVICE**

     I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Ex Parte Motion for an Order Shortening Time" I have caused a copy to have been served via electronic mail upon each of the following:

Shireen Matthews Becker shireen.becker@usdoj.gov, Efile.dkt.gc1@usdoj.gov, priscilla.galvan@usdoj.gov

          s/Michael Edmund Burke

Dated: July 30, 2008          _____
          Michael Edmund Burke,
          Attorney for MARIO DIAZ-RAMIREZ