**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-CR-1264-JAH |
| Plaintiff, ) | SENTENCING: |
| v. ) | Date: 08/11/2008 |
| MARIO DIAZ-RAMIREZ, ) | Time: 10:30 a.m. |
| Defendant. ) | **EX PARTE ORDER SHORTENING TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That the period of time in which the "Request for Departures", prepared by Michael Edmund Burke, on behalf of his client MARIO DIAZ-RAMIREZ, in case number 0-CR-1264-JAH, must be filed in the instant matter is hereby shortened to the present day.

DATED: August 4, 2008

THE HONORABLE JOHN A. HOUSTON
JUDGE, U.S. DISTRICT